**SECOND NATIONAL BANK OF TOLEDO, Plaintiff-Appellee, v. M. SAMUEL & SONS, Inc., Defendant-Appellant.**

Circuit Court of Appeals, Second Circuit.
November 15, 1929.

No. 77.

Morris D. Kopple, of New York City (Herbert D. Cohen, of New York City, of counsel), for appellant.

Morris, Plante & Saxe, of New York City (Stuart H. Benton, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

**SHREVEPORT–EL DORADO PIPE LINE COMPANY, Appellant, v. R. J. STOUT.**

Circuit Court of Appeals, Eighth Circuit.
October 28, 1929.

No. 8632.

Neill C. Marsh, C. W. McKay, and Tom Marlin, all of El Dorado, Ark., for appellant.

S. E. Gilliam, of El Dorado, Ark., and H. E. Farabee, of Camden, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

**In the Matter of Morris SLUTSKY, Trading as J. & S. Button Works, Bankrupt-Appellant; Harry R. Upright, Trustee-Appellee.**

Circuit Court of Appeals, Second Circuit.
October 21, 1929.

No. 26.

Max Cohn, of New York City, for appellant.

Benjamin Siegel, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed.

**Henry SULLENGER et al., Appellants, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
October 14, 1929.

No. 8647.

Val Mason, John S. Farrington, and A. M. Curtis, all of Springfield, Mo., for appellants.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee and consent of appellant.